Dear Your Honor,

My name is Jermal Anderson. I'm writing you because my private attorney put a motion in 6 weeks ago, to remove himself from my case. He still hasn't got me an afferdavite so I can recieve a court appoint lawyer. I feel he is stalling to keep recieving funds from me or to help the prosection case. This is slowing down the process for me to acces my right for a speedy trisil, which I plan to excerse. If I can get a answer from the court about my situation I would highly appperciate. Please and Thank you.

Yours Truly
Jermal Anderson

PS My case number
1 new entry in United Staes v Anderson
(1:23-CR-10216)