**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  __II__          **Investigating Agency**  __HSI__

**City**  __Dracut__                    **Related Case Information:**

**County**  __Middlesex__          Superseding Ind./ Inf. __.Superseding Ind.__   Case No. __23-cr-10216-DJC(s)__
                                     Same Defendant __yes__          New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number __See below__
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Jermall Anderson__          Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name  __"Mal"__

Address  __(City & State)  Dracut, Massachusetts__

Birth date (Yr only): __1979__  SSN (last4#): __2111__   Sex __M__      Race: __B__      Nationality: __U.S.__

**Defense Counsel if known:**     __Michael L. Tumposky__          Address  __88 Broad Street, Suite 101__

**Bar Number**  _____                    __Boston, MA 02110__

**U.S. Attorney Information:**

**AUSA**  __Stephen Hassink__          Bar Number if applicable  _____

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**          __08/09/2023__

☑ Already in Federal Custody as of          __08/09/2023__          in     __Wyatt__          .
☐ Already in State Custody at _____          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by:  _____          on  _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty ——     ☐ Misdemeanor ——     ☑ Felony  __9__

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __06/11/2024__          ⊞          Signature of AUSA: STEPHEN HASSINK

Digitally signed by STEPHEN HASSINK
Date: 2024.06.10 20:24:28 -04'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):      23-cr-10216-DJC(s)

**Name of Defendant**      Jermall Anderson

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §§ 1591(a)(1) and (b)(1) | Sex Trafficking by Force, Fraud and Coercion | 1, 2, 3, 4, 5, 6, 7 |
| Set 2  18 U.S.C. § 2421 | Knowingly Transporting Any Individual in Interstate or Foreign Commerce, with Intent that Such Individual Engage in Prostitution | 9 |
| Set 3  18 U.S.C. § 2422(a) | Coercion and Enticement | 10 |
| Set 4  18 U.S.C. §§1594(d), 2428(a) | Forfeiture Allegations | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

21-5308-JGD; 22-5226-5227-JGD

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** HSI |

**City** Dracut

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. .Superseding Ind.   **Case No.** 23-cr-10216-DJC(s)
Same Defendant yes   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number   See below
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Jennifer Fortier   Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State) Connecticut

Birth date (Yr only): 1974   SSN (last4#): 6313   Sex F   Race: W   Nationality: U.S.

**Defense Counsel if known:**   Jeffrey M. Miller   Address   60 Leo Birmingham Pkwy

**Bar Number**   Suite 103
Boston, MA 02135

**U.S. Attorney Information:**

**AUSA**   Stephen Hassink   Bar Number if applicable

**Interpreter:**   ☐ Yes   ☑ No   List language and/or dialect:

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**   08/09/2023

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   M.J. Dein   on   08/15/2023

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/11/2024   ⊞   Signature of AUSA: STEPHEN HASSINK

Digitally signed by STEPHEN HASSINK
Date: 2024.06.10 20:16:09 -04'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):          23-cr-10216-DJC(s)

**Name of Defendant**          Jennifer Fortier

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  18 U.S.C. §§ 1591(a)(1) and (b)(1) | Sex Trafficking by Force, Fraud and Coercion | 4, 5 |
| Set 2  18 U.S.C. § 2421 | Knowingly Transporting Any Individual in Interstate or Foreign Commerce, with Intent that Such Individual Engage in Prostitution | 8 |
| Set 3  18 U.S.C. §§1594(d), 2428(a) | Forfeiture Allegations | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

21-5308-JGD; 22-5226-5227-JGD

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  HSI

**City**    Dracut                          **Related Case Information:**

**County**  Middlesex                        Superseding Ind./ Inf.   .Superseding Ind.   Case No.   23-cr-10216-DJC(s)
                                             Same Defendant    yes              New Defendant
                                             Magistrate Judge Case Number
                                             Search Warrant Case Number    See below
                                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Latasha Anderson                          Juvenile:      ☐ Yes   ☑ No

              Is this person an attorney and/or a member of any state/federal bar:      ☐ Yes   ☑ No

Alias Name

Address        (City & State)  Massachusetts

Birth date (Yr only): 1986   SSN (last4#): 3289   Sex F      Race: B      Nationality: U.S.

**Defense Counsel if known:**     Joan Maffeo Fund          Address  245 First Street, Riverview II, Suite 1800

**Bar Number**                                             Cambridge, MA 02142

**U.S. Attorney Information:**

**AUSA**   Stephen Hassink                       Bar Number if applicable

**Interpreter:**     ☐ Yes   ☑ No          List language and/or dialect:

**Victims:**     ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**     ☐ Yes   ☑ No

       ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**        08/09/2023

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:   M.J. Dein      on   08/10/2023

**Charging Document:**     ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   06/11/2024          ⊞          Signature of AUSA: STEPHEN HASSINK   Digitally signed by STEPHEN HASSINK  Date: 2024.06.10 20:29:54 -04'00'

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

---

**District Court Case Number** (To be filled in by deputy clerk):      23-cr-10216-DJC(s)

**Name of Defendant**      Latasha Anderson

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1591(a)(1) and (b)(1) | Sex Trafficking by Force, Fraud and Coercion | 2, 3 |
| Set 2 | 18 U.S.C. §§1594(d), 2428(a) | Forfeiture Allegations | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

21-5308-JGD; 22-5226-5227-JGD

---

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013