**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                    )
UNITED STATES OF AMERICA        )
                                                    )
v.                                                 )    CRIMINAL NO. 1:23-cr-10216- DJC
                                                    )
JENNIFER FORTIER,                    )
    Defendant                              )

### DEFENDANT'S EMERGENCY MOTION TO EXTEND SELF-REPORT DATE

Now comes the Defendant, *Jennifer Fortier ("Jen")*, and respectfully requests this Honorable Court extend her reporting date.

In support of her request, Ms. Fortier was sentenced on March 27, 2025. On the date of sentence, the Defendant was provided a date of May 8, 2025 to report. The location of her designation was to be determined. On Monday, May 5, 2025, she was informed she was designated to FCI Tallahassee in Florida. Ms. Fortier contacted counsel to find out how when was to get to Florida. Counsel inquired with probation and was informed that if she could not make it to Tallahassee, she should report to the US Marshal's in Connecticut, and they would see that she gets to Tallahassee.

At approximately 12:00 today, Counsel received an email from the US Marshal Service in New Haven informing that they were unable to accept her into custody because she was designated to BOP.

Counsel has been in touch with Ms. Fortier through a friend. Ms. Fortier is asking for a 14-day extension of her reporting date to May 22, 2025 in order to give her time to get to Tallahassee.

Counsel has left a message for AUSA Hassink to inquire about his position at approximately 1:05 p.m. today.  Given Ms. Fortier is due to report by 2:00 p.m. today, Counsel is filing this motion without consulting with AUSA Hassink.

DATE:  May 8, 2025

Respectfully Submitted
Jennifer Fortier
By her attorney,

/s/ Jeffrey Miller
Jeffrey Miller, Esq.
529 Main St., Ste. 200
Boston, MA 02129
BBO # 670561
(857) 919-3647
jmiller@millercriminaldefense.com

## CERTIFICATE OF SERVICE

I, Jeffrey Miller, hereby certify that this document, was filed with all registered participants on May 8, 2025 via email

/s/ Jeffrey Miller
Jeffrey Miller